ISABELLE BOYD, as Administratrix of the Estate of JOHN G. BOYD, Deceased, Respondent, v. WILLIAM G. MCADOO, Director General of Railroads, Appellant.

*Negligence — railroads — trolley car struck by train at crossing — improper speed — failure to operate gates and give proper warning of approach of train.*

*Boyd* v. *McAdoo*, 190 App. Div. 881, affirmed.

(Argued March 17, 1921; decided April 19, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 6, 1919, affirming a judgment in favor

of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate was riding on the front platform of a street car going west on Broadway in the city of Kingston. While crossing the tracks of the West Shore railroad the car was struck by a locomotive and intestate received injuries from which he died. The complaint alleged that defendant negligently ran the train at a high rate of speed over the crossing and that it failed to operate the gates and failed to give reasonable and proper notice of the approach of the train.

*Amos Van Etten* for appellant.

*Palmer Canfield, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Hogan, Cardozo, Pound, McLaughlin and Crane, JJ.